470

CUYAHOGA COUNTY BAR ASSOCIATION *v.* GONZALEZ.

CUYAHOGA COUNTY BAR ASSOCIATION *v.* STAFFORD.

[Cite as *Cuyahoga Cty. Bar Assn. v. Gonzalez*
(2000), 89 Ohio St.3d 470.]

(Nos. 00–412 and 00–413—Submitted April 26, 2000—Decided August 16, 2000.)

*Howard A. Shulman* and *Lester S. Potash,* for relator.

*Wesley A. Dumas,* for respondent Gonzalez.

*Charles W. Kettlewell,* for respondent Stafford.

*Per Curiam.* We adopt the findings, conclusions, and recommendations of the board. Respondent Gonzalez and respondent Stafford are hereby publicly reprimanded. Costs of these proceedings are taxed equally to each respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.